MICHAEL P. MURPHY, Respondent, v. FRANK H. HALL and PHILIP DE RONDE, Defendants, Impleaded with CECIL P. STEWART, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

IGNATZ ROTH and Others, Respondents, v. MURIEL D. RAY (Known Also as MURIEL DONALD RAY), Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

In the Matter of the Petition of TRIO HOLDING COMPANY, INC., to Set Aside the Election of Directors and Officers of· ESCO OPERATING CORPORATION. TRIO HOLDING COMPANY, INC., Appellant, SOTEROS D. COCALIS and Others, Respondents.— On appeal of the petitioner, the order of January 19, 1937, as resettled by order of March 9, 1937, unanimously modified by striking out the recital in the next to the last paragraph, excepting the words " After due deliberation " and the final words " it is;" and by granting the application of the petitioner that the election of Monroe E. Stein as president of Esco Operating Corporation be set aside; that a new election of a director and a president of the said corporation be held; and that the corporate management be restored to the equal control of the two equal interests; and as so modified affirmed, without costs. Appeal from order entered January 28, 1937, dismissed. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ. [See post, p. 839.]

In the Matter of the Petition of TRIO HOLDING COMPANY, INC., to Set Aside the Election of Directors and Officers of ESCO OPERATING CORPORATION. TRIO HOLDING COMPANY, INC., Petitioner-Respondent; SOTEROS D. COCALIS and Others, Respondents-Appellants.— On the appeal of the respondents-appellants Cocalis and others, the order is unanimously affirmed, except as modified by the order on the appeal of the petitioner, with twenty dollars costs and disbursements to the petitioner. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ. [See ante, p. 839.]

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Burke Avenue from Baychester Avenue to Eastchester Road, Subject to the Rights (if any) of the New York, Boston & Westchester Railroad, etc. CENTRAL HANOVER BANK & TRUST COMPANY and Others, Appellants; THE CITY OF NEW YORK, Respondent; MIDWOOD LAND Co., INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the matter remitted to the Special Term, Part II, Bronx county, for disposition on the motion papers. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

WILLIAM STEINHAUSER, Appellant, v. LILLIAN STEINHAUSER, Respondent.— Order unanimously modified by reducing the sum to be paid for the support, maintenance and education of the child of the parties to fifteen dollars per week, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.